# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1009**  **September Term, 2013**

PRC-R2013-11

**Filed On: January 28, 2014** [1477221]

Alliance of Nonprofit Mailers, et al.,

    Petitioners

    v.

Postal Regulatory Commission,

    Respondent

------------------------------

Consolidated with 14-1010

### O R D E R

The petition for review in case 14-1009 was filed and docketed on January 23, 2014, and assigned the above number. It is, on the court's own motion,

**ORDERED** that these cases be consolidated.  It is

**FURTHER ORDERED** that petitioners in case 14-1009 submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 27, 2014 |
| Docketing Statement Form | February 27, 2014 |
| Procedural motions, if any | February 27, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 27, 2014 |
| Statement of Issues to be Raised | February 27, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | February 27, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | March 14, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1009**                                                                                           **September Term, 2013**

It is

  **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | February 27, 2014 |
| Procedural motions, if any | February 27, 2014 |
| Certified Index to the Record | March 14, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | March 14, 2014 |

It is

  **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

  The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

                 **FOR THE COURT:**
                  Mark J. Langer, Clerk

             BY: /s/
                  Laura M. Chipley
                  Deputy Clerk

The following forms and notices are available on the Court's website:

  Agency Docketing Statement Form
  Entry of Appearance Form
  Request to Enter Appellate Mediation Program
  Notice Concerning Expedition of Appeals and Petitions for Review
  Stipulation to be Placed in Stand-By Pool of Cases